Filed by _____ D.C.
Aug 29, 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**18-20708-CR-WILLIAMS/TORRES**

Case No. _____

18 U.S.C. § 287

UNITED STATES OF AMERICA

vs.

SHORELINE FOUNDATION, INC.,

      Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The United States Coast Guard ("USCG") was an agency of the United States Department of Homeland Security responsible for the care and maintenance of maritime aids to navigation.

2. The USCG contracted with marine construction companies to perform maintenance on maritime aids to navigation, including the replacement of channel marker range lights. These contracts incorporated all required terms and conditions from related state and federal permits.

3. The USCG required its contractors to submit invoices for progress payments certifying that the amount requested was for performance in accordance with the specifications, terms, and conditions of the contract.

4. **SHORELINE FOUNDATION, INC.** was a marine construction company headquartered in Pembroke Park, Florida.

## FALSE, FICTITIOUS, AND FRAUDULENT CLAIMS
## (18 U.S.C. § 287)

On or about June 3, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

## SHORELINE FOUNDATION, INC.,

did knowingly make and present, and cause to be made and presented, to the USCG, an agency of the United States, materially false, fictitious, and fraudulent claims upon and against the USCG and the United States, that is, an invoice for a monthly progress payment in the amount of $375,061.75 fraudulently claiming that the amount requested was for performance in accordance with the specifications, terms, and conditions of its contract with the USCG for the replacement of channel marker range lights, knowing such claims were false, fictitious, and fraudulent, in violation of Title 18, United States Code, Sections 287 and 2.

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
JAIME A. RAICH
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA    CASE NO. _____

v.

SHORELINE FOUNDATION, INC.,    **CERTIFICATE OF TRIAL ATTORNEY***

        Defendant.
_____/    **Superseding Case Information:**

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ___ | No ___ |
|---|---|---|---|---|
| _X_ Miami | ___ Key West | Number of New Defendants | | |
| ___ FTL | ___ WPB ___ FTP | Total number of counts | | |

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect    _____

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ___    No _x_

                                            _____
                                            JAIME A. RAICH
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No. 40111

*Penalty Sheet(s) attached    REV 5/3/17

PUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SHORELINE FOUNDATION, INC.

**Case No:** _____

Count #: 1

False, Fictitious, or Fraudulent Claims

Title 18, United States Code, Section 287

**\* Max. Penalty:**     $500,000 or twice the gross gain or loss

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| Shoreline Foundation, Inc., ) | |
| ) | |
| _Defendant_ ) | |

**WAIVER OF AN INDICTMENT**

  I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

  After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*